IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM E. BINGHAM | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-290 |
| WARDEN DANIEL FERNANDEZ, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, William E. Bingham, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed the above-referenced civil rights action pursuant to 42 U.S.C. § 1983 against defendants Warden Daniel Fernandez and Sergeant Andrew Nino..

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) as barred by the statute of limitations and *Heck v. Humphrey*, 512 U.S. 477 (1994).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on July 14, 2020 (docket entry no. 5).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 15th day of October, 2020.**

*[signature]*
Michael J. Truncale
United States District Judge